BEFORE: ARLENE R. LINDSAY　　　　　　　　　　DATE: May 11, 2023
UNITED STATES MAGISTRATE JUDGE　　　　　　TIME ON: 1:10 p.m.
　　　　　　　　　　　　　　　　　　　　　　　　　TIME OFF: 1:35 p.m.

Case No. 22-cr-429 (JMA)　　　　　　　　　　　Courtroom Deputy:____

Criminal Cause for Arraignment

Defendant: Jose Wilfredo Ayala-Alcantara
　　　　Present X　　Not Present___　　In Custody X　　On Bail/Bond___

Attorney: Donald DouBoulay　　　　　　　　　Ret'd___　　CJA___

AUSA: John Durham

Interpreter: Maya Gray (Spanish)

ESR: 1:10 -1:35

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 11 2023 ★
LONG ISLAND OFFICE

 X  Case Called　　 X  Counsel for all sides present.

 X  Arraignment Held.

 X  Defendant Pleads Not Guilty to: all associated counts of the Indictment

___ Order Setting Conditions of Release and Bond entered. ___ Special Conditions Apply.

 X  Order of Detention entered.

___ Temporary Order of Detention entered.

___ Probation Notified.

 X  Speedy Trial waived from 5/11/2023 through 6/14/2023

Next Court appearance scheduled for Status on 6/14/2023 at 11:00 a.m. before U.S.D.J. Azrack.

NOTES: Mr. Ayala-Alcantara waived his right to a speedy trial from May 11, 2023 through June 14, 2023.