BEFORE:  JOAN M. AZRACK                                      DATE:  6/25/2025
UNITED STATES DISTRICT JUDGE                          TIME:  2:15 PM (35 min)

**FILED**
**CLERK**

6/25/2025 4:00 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

<u>**CRIMINAL CAUSE FOR MOTION HEARING**</u>

**DOCKET NO.  22-cr-429**

**DEFENDANT: Jose Wilfredo Ayala-Alcantara**          **DEF. #: 2**
☒ Present          ☐ Not present   ☒ Custody          ☐Bail
**DEFENSE COUNSEL:  Donald Dennis DuBoulay**
☐ Federal Defender               ☒ CJA               ☐ Retained

**AUSA: Paul G. Scotti**

INTERPRETER: Nico Penchaszadeh (Spanish)

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Lisa Schmid                    COURTROOM DEPUTY: LMP

☒     Case Called.          ☒     Counsel present for all sides.
☐     All parties consent to appear telephonically.
☐     Initial Appearance and Arraignment held.
☐     Defendant waives public reading of the Indictment and enters a plea of not guilty.
☐     Waiver of speedy trial executed; time excluded from ___ through ___ .
☐     Order setting conditions of release and bond entered.
☐     Permanent order of detention entered.
☐     Temporary order of detention entered.
          ☐ Detention hearing scheduled for _.
☒     Motion hearing held on [164]. Motion terminated – Court satisfied with the handling of the defendants concerns regarding medical treatment.
☐     Next court appearance scheduled for //2025 at  before Judge Azrack in Courtroom 920 of the Long Island Courthouse.

Defendant          ☐     Released on Bond          ☒     Remains in Custody.

OTHER:  AUSA to update defense counsel regarding surgery scheduling.