22-cr-429-JMA

RECEIVED
NOV - 4 2025
EDNY PRO SE OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 03 2025 ★
LONG ISLAND OFFICE

Dear,
Honorable Judge Joan M. Azrack.
I hope this letter finds you in good health and spirits.
Well my complaint is the following I have been placed in the Special Housing Unit (SHU) in M.D.C. against my own will for over 32 months.
I have no Diciplinary Action or Incident Report whatsoever. The SHU is designed to punish, torture and break a man mentally, physically and spiritually. Inmates who are housed in the SHU are here for violating the rules and regulations of MDC and committing acts of violence for example killings and stabbings on correctional officers or inmates, fighting, extortion and consuming illegal substances.
My Constitutional Rights have been violated to be specific my Eighth Amendment, Equal Protection of laws, Americans with Disabilities Act, Torture Victim Protection Act, my Human and Civil Rights which is a direct contradiction to the laws of the United States which safeguards all it's inhabitants from Cruel and Unusual Punishment.

I have not been given true meaningful equal treatment compared to other inmates because, while dozens and dozens of inmates do there time and leave the SHU, I'm not able to get out. I'm denied my Right to due process without any real reason or explanation. I'm locked in a tiny cell 23 hours a day, Monday through Friday sometimes 24 hours a day during the week because they are short on staff, the building is on lockdown or there's a federal Holiday and on the weekends where locked in all day.

The living conditions in the SHU are inhuman the unnecessary Bright lights in my cell are on 16 hours a day sometimes longer which has damaged my eyes permanently especially my Right Eye which is completely Blind (cataract).

I was prescribed Eye drops to supposely alleviate my Blindness which I have complained plenty of times that it does absolutely nothing to better my vision. It's actually a hassle because I suffer from Neuropathy which means I always need help to put the Eye drops in my Eye which I don't always have.

from my left eye I only have 50% vision which keeps getting worse day by day, my fear is that I might go totally blind.

I also developed severe recognizable dark spots all over my face and body. The water we use to take showers and drink from comes out yellow, the toothpaste is expired, the showers and toilets are full of rust, the food we are given is not fully cooked, there's Flies and maggots in these cells, there's no ventilation, these small cells are designed for one man but we are forced to share a cell with another person, which makes it difficult and very uncomfortable to live in especially with all of the disabilities I suffer from.

I'm isolated from general population and I'm restricted and limited from all the privileges I'm entitled too which makes it impossible to contact my lawyer and to fight my case in court properly and fairly.

What is so astonishing about my case is that my co-defendant who was the first person in my indictment charges were

dropped which proves his innocence and which means it also proves my innocence in this entire case.

The charges against me are ridiculous lies because there New York charges which make no sense because I never in my entire life have been or had any communication with anybody from New York. this is all a theatrical Deception from the Government. I am an almost 60 year old helpless man who was kidnapped from Mexico unjustifiably. My entire experience in Solitary Confinement has caused me Severe permanent trauma, suffering, mental and physical pain. This country has abused the practice of Solitary confinement to the point where it has become modern Day torture. My first six months in the SHU I was denied phone calls which is a violation of BOP Rules, procedures and policies. I was finally able to contact my family after I went on a Hunger Strike to stand up for my Rights. My legal and Regular mail is being tampered with I have only recieved 10% of my letters from my family in 32 months and my family has only recieved approximately 15% of my letters in almost 3 years

Which is Absurd. My family has tried to send me money several times over the years but I somehow never get it and it's because of the Dirty, Evil, Tactics M.D.C. and the Government have tried to play to Destroy my Mind.

I have been rushed to Brooklyn Hospital Center several times to treat many of my life threatening illnesses, the longest time I spent hospitalized is 11 and 10 days. I'm also in a wheelchair because I can't no longer walk. My health is rapidly declining under these brutal circumstances Brooklyn Hospital Center and M.D.C. have my medical history to prove that.

I'm suppose to be in a Medical Institution for the Elderly Impaired, Sick and injured to recieve adequate Medical and Surgical care.

M.D.C. and the Government have intentionally denied and neglected many of my necessary medical illnesses and surgerys which is immoral.

My health has deteriorated substantially I feel excruciating pain everyday from numerous medical issues I have been diagnosed with through X Rays, for example Hernia, Cataract, Hammertoe, Tuberculosis,

#6.

Neuropathy, Sifilis, Asthma, Hepatitis C, terrible Lower Back pain, my Ribs only funtion 50%, Lung problems, testicle problems. I'm incapacitated by all of my Serious Illnesses I really don't Know how much longer I can take all of this pain. I feel like I'm dying Slowly I ask myself every day if I will live to see another day. Despite all the Hatred and Evil that has been done to me I don't have no Resentment in my Heart I Simply ask for Justice. I also suffer from Claustrophobia and the pressure of being in a tiny Cell every day never goes away. the fight for Sanity never goes away Depression, loss, Sadness and the desperate need not to feel those feelings for fear of being overwhelmed by them. from everything I endured I have developed Significant long term Negative Mental Side effects like Panic Attacks, Anxiety, Hallucination, Paranoia, Hypersensitivity, Difficulty Remembering, Concentrating and thinking. Solitary Confinement is a Harsh measure which is contrary to Rehabilitation the aim of the penitentiary System. the practice of Segregation amounts to torture and widespread Abuse it's Serious

Deprivation of Basic Human needs. Who has the Authority to disregard GOD's law to treat one as you want to be Treated not only GOD's law but State and Federal too.

Intervene and Recitify this matter as soon as Possible.

"NO JUSTICE, NO PEACE"

Sincerely,

Alcantara Jose Ayala #32791-112
MDC RADE-4-113          22 Cr. 429 (JMA)
P.O. BOX 329002
BROOKLYN NEW YORK
11232.

José Ayala Alcantara
#32791-112
MDC Brooklyn
PO Box 329002
Brooklyn New York
11232

to: Honorable Judge Joan M. Azrack
Eastern District of New York
920 Federal Plaza
Central Islip, New York
11722

Legal Mail

Legal Mail

LEGaL MaiL

LEGaL MaiL

METROPOLITAN DETENTION CENTER
80 29TH ST. BROOKLYN, NY 11232

The enclosed letter was processed through mail procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or a problem over which the facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

LEGaL MaiL